## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds, | Civil No. 04-4480 (RHK/JSM) |
| Plaintiffs, | |
| vs. | **ORDER TO SHOW CAUSE** |
| Allan L. Winscher, individually and d/b/a Central States Floor Topping, Inc., | |
| Defendant. | |

TO: Allan L. Winscher, individually, and d/b/a Central States Floor Topping, Inc.; Defendant above-named pro se:

YOU WILL EACH PLEASE TAKE NOTICE that on the attached Notice of Motion and Motion and the Affidavit of Stephen Kelly, Esq., and on all files, records and proceedings herein, and on the motion of Stephen Kelly, attorney for Plaintiffs, and the Court being duly advised in the premises.

1. IT IS HEREBY ORDERED THAT YOU, ALLAN L. WINSCHER, PERSONALLY APPEAR AND SHOW CAUSE, if any you have, before the Honorable Richard H. Kyle, United States District Judge at Room 1, 180 East Fifth Street, St. Paul, Minnesota on the 12th day of April, 2006, at 8:00 a.m., or as soon thereafter as counsel can be heard, why the Court should not grant the relief requested in the attached Motion.

2. IT IS FURTHER ORDERED that you bring with you all payroll and bank records, including cancelled checks, for the year 2005.

3. Let this Order to Show Cause be served on Defendant personally by giving him a certified copy of the same.

Dated: March 3, 2006

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge