## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds, | Civil File No. 04-4480 RHK/JSM |
| Plaintiffs, | |
| vs. | **ORDER FOR JUDGMENT** |
| Allan L. Winscher, individually and d/b/a Central States Floor Topping, Inc., | |
| Defendant. | |

---

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendant and consistent with this Court's Order dated January 26, 2005.

Based upon the Court's Order dated January 26, 2005, the Affidavit of Stephen C. Kelly for Entry of Judgment, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

### ORDER

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant in the amount of $93,045.72.

Dated: January 3, 2007
                                                              s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge